CURTIS R. TINGLEY (SBN 112322)
*ctingley@tingleylawgroup.com*
STEPHEN D. COLLINS (SBN 277482)
*scollins@tingleylawgroup.com*
KEVIN W. ISAACSON (SBN 281067)
*kisaacson@tingleylawgroup.com*
TINGLEY LAW GROUP, PC
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone: (408) 283-7000
Facsimile: (408) 283-7010

Attorneys for Plaintiff
E & E CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E & E CO., LTD., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>LIGHT IN THE BOX LIMITED, a Hong Kong corporation,<br><br>　　　　　　　Defendant. | CASE NO. CV15-00069<br><br>**CERTIFICATE OF INTERESTED ENTITIES** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-15, Plaintiff E & E Co., Ltd., states that it does not have a corporate parent and no publicly-held corporation owns 10% or more of its stock.

Further, other than the named parties, E & E Co., Ltd., knows of no entities with a financial interest in the subject matter of the litigation or a non-financial interest in the subject matter that could be substantially affected by the outcome of this proceeding.

Dated: January 7, 2015　　　　　　　　　　　TINGLEY LAW GROUP, PC


　　　　　　　　　　　　　　　　　　　　　By: /s/ Kevin W. Isaacson
　　　　　　　　　　　　　　　　　　　　　　　KEVIN W. ISAACSON
　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

91BCF452.doc　　　　　　　　　　　　　　　**CERTIFICATE OF INTERESTED ENTITIES**
　　　　　　　　　　　　　　　　　　　　　　　**CASE NO. CV15-00069**