UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&E CO., LTD., | No. C-15-0069 EMC |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER APPOINTING INTERNATIONAL PROCESS SERVER** |
| LIGHT IN THE BOX LIMITED, | |
| Defendant. | **(Docket No. 16)** |

Plaintiff E&E Co., Ltd. has filed suit against Light in the Box Limited ("LIB"), a Hong Kong company, asserting claims for, *inter alia* copyright infringement and false designation of origin in violation of the Lanham Act. E&E filed the lawsuit on January 7, 2015. Currently pending before the Court is a motion in which E&E asks for assistance in getting the complaint served on LIB, as it is outside the United States. More specifically, E&E asks the Court to issue an order appointing a third party – Crowe Foreign Services – as an authority and judicial officer competent under the jurisdiction of the Court to forward to the Central Authority in Hong Kong a request for service of process.

Having reviewed E&E's motion and accompanying submissions, including but not limited to the declaration of Celeste Ingalls, the Court hereby **GRANTS** E&E's motion.

As E&E notes, Hong Kong is subject to the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (November 15, 1965). *See* Hague Conference on Private International Law, *Declarations Notifications, Hong Kong*, available at http://www.hcch.net/index_en.php?act=status.comment&csid=393&disp=resdn (last visited

March 26, 2015) (reflecting that the Hague Convention was extended to Hong Kong by the United Kingdom and then, subsequently, by China). Furthermore, the declaration of Ms. Ingalls indicates as follows with respect to Hong Kong's participation in the Hague Service Convention:

(1) "The Office of the Chief Secretary of Hong Kong (designated Central Authority by the Hong Kong Special Administrative Region Government) has informed me that their interpretation of Article 3 [of the Hague Service Convention] is such that they deem officers of the United States Courts only to be the authorized entity to request service through the Hague Service Convention," and

(2) Hong Kong "requires that an individual requesting service be specifically authorized by the forum court as a competent officer of the court for the purpose of requesting service in accordance with the Hague Service Convention."

Ingalls Decl. ¶¶ 7-8.

Given the Ingalls declaration, the Court grants E&E's motion and further shall issue an order substantially similar to that proposed by E&E. The Court has modified E&E's proposed order so as to be consistent with the statements made in the Ingalls declaration. The order appointing international process server shall be filed forthwith.

This order disposes of Docket No. 16.

IT IS SO ORDERED.

Dated: April 30, 2015

_____
EDWARD M. CHEN
United States District Judge

2