UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| E&E CO., LTD.,<br><br>   Plaintiff,<br><br>  v.<br><br>LIGHT IN THE BOX LIMITED,<br><br>   Defendant.<br>_____/ | No. C-15-0069 EMC<br><br>**ORDER APPOINTING<br>INTERNATIONAL PROCESS SERVER** |

  Pursuant to Chapter 1, Article 3 of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters (November 15, 1965) ("Hague Convention"), the Court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon 97205, as an authority or judicial officer competent under the jurisdiction of this Court to forward to the Central Authority in Hong Kong a request for documents to be served in the lawsuit, *E&E Co., Ltd. v. Light in the Box Limited*, No. C-15-0069 EMC (United States District Court for the Northern District of California).

  IT IS SO ORDERED.

Dated: April 30, 2015

                  _____
                  EDWARD M. CHEN
                  United States District Judge