CURTIS R. TINGLEY (SBN 112322)
*ctingley@tingleylawgroup.com*
STEPHEN D. COLLINS (SBN 277482)
*scollins@tingleylawgroup.com*
KEVIN W. ISAACSON (SBN 281067)
*kisaacson@tingleylawgroup.com*
TINGLEY LAW GROUP, PC
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Telephone:   (408) 283-7000
Facsimile:    (408) 283-7010

Attorneys for Plaintiff
E & E CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| E & E CO., LTD., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIGHT IN THE BOX LIMITED, a Hong Kong corporation,<br><br>Defendant. | CASE NO. CV15-00069 EMC<br><br>**STIPULATED REQUEST AND [PRO~~POS~~ED] ORDER EXTENDING TIME FOR PLAINTIFF TO FILE OPPOSITION TO MOTION TO DISMISS AND FOR DEFENDANT TO REPLY IN SUPPORT OF MOTION TO DISMISS** |

WHEREAS, Plaintiff, E & E Co., Ltd. ("Plaintiff" or "E & E"), filed a Complaint in the above-captioned case against Defendant, Light In The Box Limited ("Defendant" or "LITB Limited"), on January 7, 2015, Dkt. No. 1 ("the Complaint");

WHEREAS, Defendant LITB Limited filed a Motion to Dismiss the Complaint on August 5, 2015;

WHEREAS, Plaintiff's Opposition to the Defendant's Motion to Dismiss is currently due on August 19, 2015;

WHEREAS, Defendant's Reply to the Plaintiff's Opposition is currently due on August 26, 2015;

WHEREAS, the Court reset the hearing on the Motion to Dismiss from September 10,

2015, to September 24, 2015, at 1:30 p.m., in Courtroom 5, 17th Floor, San Francisco;

WHEREAS, Plaintiff has not yet received a returned Proof of Service from the appropriate court in Hong Kong;

WHEREAS, counsel for Plaintiff and Defendant conferred and agreed to extend the Plaintiff's deadline to file an opposition to the Defendant's Motion to Dismiss by seven (7) days and to extend the Defendant's deadline to file a Reply in Support of the Motion to Dismiss by seven (7) days;

THEREFORE, Plaintiff and Defendant hereby stipulate that:

1. The deadline to file and serve Plaintiff's Opposition to the Defendant's Motion to Dismiss be reset to August 26, 2015;

2. The deadline to file and serve Defendant's Reply in Support of the Motion to Dismiss be reset to September 2, 2015.

Dated: August 17, 2015          SIMPSON THACHER & BARTLETT LLP

By: /s/ Harrison J. Frahn IV
    Harrison J. Frahn IV
    Attorneys for Defendants

Dated: August 17, 2015          TINGLEY LAW GROUP, PC

By: /s/ Stephen D. Collins
    Stephen D. Collins
    Attorneys for Plaintiff

**ORDER**

Pursuant to Stipulation, IT IS SO ORDERED.

Dated: August __19__, 2015

IT IS SO ORDERED
Judge Edward M. Chen
United States District Judge