1  John Shaeffer (SBN 138331)
2      jshaeffer@foxrothschild.com
   Ashe Puri (SBN 297814)
3      apuri@foxrothschild.com
   FOX ROTHSCHILD LLP
4  1800 Century Park East, Suite 300
   Los Angeles, CA 90067-1506
5  Telephone:  310-598-4150
   Facsimile:   310-556-9828

6  Attorneys for Plaintiff E & E CO., LTD.

7

8                    UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12  E & E CO., LTD., a California          Case No.: 3:15-CV-00069-EMC
    corporation,
13                                          Hon. Judge Edward M. Chen
                 Plaintiff,
14                                          **NOTICE OF WITHDRAWAL AND**
          v.                                **SUBSTITUTION OF COUNSEL FOR**
15                                          **PLAINTIFF E & E CO., LTD.**
    LIGHT IN THE BOX LIMITED, a Hong
16  Kong corporation,                       Complaint filed:       1/7/2015

17               Defendant.

18

19

20

21

22

23

24

25

26

27

28

         NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR
                        PLAINTIFF E & E CO., LTD.
    ACTIVE 31808415v1 10/07/2015            1

**TO THE COURT AND ATTORNEYS OF RECORD:**

   **PLEASE TAKE NOTICE THAT** Plaintiff E & E CO., LTD. ("Plaintiff") has retained Fox Rothschild LLP to substitute as counsel for Tingley Law Group, PC in the above-caption case.  Withdrawing counsel for Plaintiff are:

Curtis R. Tingley
Tingley Law Group, PC
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Phone: (408) 283-7000
Fax: (408) 283-7010
E-mail: ctingley@tingleylawgroup.com

Stephen D. Collins
Tingley Law Group, PC
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Phone: (408) 283-7000
Fax: (408) 283-7010
E-mail: scollins@tingleylawgroup.com

Kevin W. Isaacson
Tingley Law Group, PC
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Phone: (408) 283-7000
Fax: (408) 283-7010
E-mail: kisaacson@tingleylawgroup.com

   **PLEASE TAKE FURTHER NOTICE THAT** all pleadings, orders, and notice should herein be served upon the following substituted counsel for Plaintiff:

John Shaeffer
Fox Rothschild LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Phone:  (310) 598-4150
Fax:  (310) 556-9828
E-mail: jshaeffer@foxrothschild.com

Ashe Puri
Fox Rothschild LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Phone:  (310) 598-4150
Fax:  (310) 556-9828
E-mail:apuri@foxrothschild.com

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR
PLAINTIFF E & E CO., LTD.

1    This Notice shall also serve as notice of Messrs. Shaeffer and Puri's appearance

2  in this Case. The undersigned parties consent to the above withdrawal and substitution

3  of counsel.

4

5  Dated: *10-7-15*                    E & E CO., LTD. (Plaintiff)

6                                 By _____

7                                    Jude Anthony

8

9

10 Dated: *10/7/15*                    TINGLEY LAW GROUP, PC

11

12                                 By _____

13                                    Kevin W. Isaacson

14

15   I hereby attest that I obtained concurrence in the filing of this document from

16 each of the other signatories on this e-filed document.

17

18 Dated: *10/7*, 2015                Respectfully submitted,

19                                    FOX ROTHSCHILD LLP

20

21                                 By _____

22                                    John Shaeffer
                                     Ashe Puri
                                     Attorneys for Plaintiff E & E CO., LTD.

23

24

25

26

27

28
     NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR
                     PLAINTIFF E & E CO., LTD.
ACTIVE 31808415v1 10/07/2015                    3

1

2          SO ORDERED:

3

4    Dated:_____, 2015
                                         _____
5                                        UNITED STATES DISTRICT COURT
                                         JUDGE
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR
PLAINTIFF E & E CO., LTD.

ACTIVE 31808415v1 10/07/2015