John J. Shaeffer (SBN 138331)
  jshaeffer@foxrothschild.com
Ashe P. Puri (SBN 297814)
  apuri@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Tel: 310.598.4166 / Fax: 310.556.9828

Attorneys for Plaintiff  E & E Co., Ltd.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| E & E CO., LTD. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIGHT IN THE BOX LIMITED, a Hong Kong corporation; and DOES 1-50 inclusive,<br><br>Defendants. | Case No.  CV15-00069-EMC<br><br>**SECOND AMENDED COMPLAINT FOR:**<br><br>**(1) COPYRIGHT INFRINGEMENT**<br>**(2) FALSE DESIGNATION OF ORIGIN AND FALSE ADVERTISING**<br>  **(15 U.S.C. § 1125(a))**<br>**(3) CALIFORNIA UNFAIR COMPETITION**<br><br>**DEMAND FOR JURY TRIAL** |

ACTIVE 31850300v1

1
SECOND AMENDED COMPLAINT

Plaintiff E & E CO., LTD. ("Plaintiff" or "E & E"), for its Complaint against Defendant LIGHT IN THE BOX LIMITED ("Defendant" or "LITB") and DOES 1-50, alleges and states as follows:

## NATURE OF THE ACTION

1. This is an action for copyright infringement under the Copyright Act of 1976, 17 U.S.C. § 101, *et seq.*; for false advertising and false designation of origin under Section 43 of the Lanham Act, 15 U.S.C. § 1125(a); and for related unfair competition claim under the laws of the State of California, Cal. Bus. & Prof. Code § 17200, *et seq.*

2. Plaintiff is the owner of original works that have been registered with the United States Copyright Office, including those with Copyright Registration Nos. VA 1-909-082 (the "'082 Copyright") and VA 1-877-384 (the "'384 Copyright"). True and correct copies of the '082 Copyright and the '384 Copyright are attached hereto, marked as Exhibits A and B, respectively.

## THE PARTIES

3. Plaintiff is a corporation duly organized and existing under the laws of the State of California with its principal place of business in Fremont, California.

4. Upon information and belief, Defendant is incorporated in Hong Kong with its principal place of business in Hong Kong. Upon information and belief, Defendant is an online retail company that delivers consumer products globally, including into the United States, through its website at www.lightinthebox.com.

5. Plaintiff does not know the true names of Defendants DOES 1 to 50 and therefore sues them by those fictitious names. Plaintiff is informed and believes, and on the basis of that information and belief alleges, that each of those Defendants was in some manner legally responsible for the events and happenings alleged in this Complaint and for Plaintiff's damages. The names, capacities and relationships of DOES 1 to 50 will be alleged by amendment to this Complaint when they become known.

# JURISDICTION AND VENUE

6. Plaintiff files this action against Defendant for copyright infringement under the Copyright Act of 1976, as amended, 17 U.S.C. § 101, *et seq.*, false advertising and false designation of origin under Section 43 of the Lanham Act, 15 U.S.C. § 1125(a), and unfair competition under the law of the State of California.

7. This Court has original subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as this action arises under the federal laws of the United States, namely the Copyright Act and the Lanham Act.

8. This Court has supplemental jurisdiction over the state claim for unfair competition pursuant to 28 U.S.C. § 1367.

9. This Court also has subject matter jurisdiction over this action under 28 U.S.C. § 1332 because there is a diversity of citizenship between the parties and the amount in controversy exceeds the sum of $75,000.  Plaintiff E & E is a corporation incorporated under the laws of the State of California, with its principal place of business in the City of Fremont, County of Alameda, State of California. Upon information and belief, Defendant is incorporated in Hong Kong with its principal place of business in Hong Kong.  The matter in controversy, exclusive of interest and costs, exceeds the sum of $75,000.

10. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391, because, on information and belief, a substantial part of the events or omissions giving rise to the claims occurred in this Judicial District; Defendant directly targets business activities toward consumers in California and causes harm to Plaintiff's business within this Judicial District; Defendant has targeted sales from residents in this Judicial District by operating a fully interactive and commercial website that offers to sell, and has sold, products, including the products at issue in this lawsuit, to residents of this Judicial District; Defendant is committing tortious acts in this Judicial District and has caused Plaintiff substantial injury in this Judicial District.

11. Defendant is subject to personal jurisdiction in this Judicial District

because, on information and belief:  Defendant directly targets business activities toward consumers in this Judicial District and causes harm to Plaintiff's business within this Judicial District.  Defendant has targeted sales from residents in this Judicial District by operating a fully interactive and commercial website that offers to sell and has sold products, including the products at issue in this lawsuit, to residents in this Judicial District.  Defendant is committing tortious acts in this Judicial District and has caused Plaintiff substantial injury.

## ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

12.   Plaintiff is a globally-integrated one-source solution providing comprehensive product/brand execution to the home furnishings marketplace. Plaintiff provides superior design, global sourcing, world-class supply chain management, innovative products, and marketing.

13.   Plaintiff is the owner of U.S. Copyright Registration No. VA 1-909-082 (the "'082 Copyright").  The '082 Copyright has a date of first publication of October 31, 2013 and an effective date of registration of February 13, 2014.  *See* Exhibit A.

14.   Plaintiff is also the owner of U.S. Copyright Registration VA 1-877-384 (the "'384 Copyright").  The '384 Copyright has a date of first publication of August 30, 2013 and an effective date of registration of October 16, 2013.  *See* Exhibit B.

15.   Defendant operates a website under the domain www.lightinthebox.com ("Defendant's Website").  Defendant's Website advertises that "[a]s a China-based global online retailer, LightInTheBox.com has developed long lasting ties with factories, distributors and warehouses throughout the Chinese wholesale community" and that it offers "Low Prices Direct From Factory Suppliers."

16.   Beginning as early as May 2014, Defendant has been designing, manufacturing, advertising, promoting, distributing, selling, offering for sale, and/or importing home furnishing products into the United States which infringe the '082 and '384 Copyrights.  In addition, Defendant has misrepresented Plaintiff as the source of these products by falsely and misleadingly labeling these products bearing

Plaintiff's name E&E, Co., Ltd.

17. Plaintiff has never authorized Defendant to manufacture, distribute, sell, offer for sale, or import products into the United States containing the works that are the subject of the '082 and '384 Copyrights. Plaintiff has also never authorized Defendant to identify Plaintiff as the source of any of its products.

18. Plaintiff is informed and believes, and thereon alleges, that Defendant copied the works that are the subject of the '082 and '384 Copyrights.

19. Plaintiff is informed and believes, and thereon alleges, that prior to and since Defendant's wrongful conduct began, Defendant was, and is, aware of Plaintiff and the '082 and '384 Copyrights.

20. Plaintiff is informed and believes, and thereon alleges, that Defendant has willfully infringed the '082 and '384 Copyrights and has falsely designated its products.

21. Defendant's false designation of origin is likely to cause and has caused confusion, mistake, and deception by and among consumers and will continue to irreparably harm Plaintiff.

## FIRST CLAIM FOR RELIEF

### (Copyright Infringement — 17 U.S.C. §§ 101, *et seq.*)

22. Plaintiff incorporates by reference the allegations in the above paragraphs as if fully set forth herein.

23. Defendant, through its agents, employees and representatives, has willfully, directly, and/or indirectly, without authorization, manufactured, distributed, sold, offered for sale, or imported home furnishings and other merchandise that are the same or substantially similar to the works that are the subject of the '082 and '384 Copyrights and constitute an unauthorized copy or derivative work thereof.

24. Defendant, through its agents, employees, and representatives, has infringed and continue to infringe the '082 and '384 Copyright in violation of 17 U.S.C. § 501(a) and § 602(a) by distributing, selling, and displaying unauthorized

works in the United States that are the subject of the '082 and '384 Copyright.

25. Defendant has induced, caused, and materially contributed to the infringement of the '082 and '384 Copyrights in violation of 17 U.S.C. § 501(a) and is, therefore, liable as a contributory infringers.

26. Plaintiff has sustained damages as a direct and proximate result of Defendant's infringing activities and will continue to sustain damages in the future unless Defendant's infringement of the '082 and '384 Copyrights is permanently enjoined by this Court pursuant to 17 U.S.C. § 502.

27. Defendant's infringing activities have damaged Plaintiff, entitling it to actual damages and Defendant's profits, or statutory damages, under 17 U.S.C. § 504.

28. Defendant's infringing activities have been and continue to be knowing, deliberate, willful, and wanton, and in conscious disregard of Plaintiff's copyrights, entitling Plaintiff to increased statutory damages under 17 U.S.C. § 504(b)(2).

29. Further harm and injury to Plaintiff is imminent, and Plaintiff is without an adequate remedy at law with respect to such harm and injury.  Unless Defendant's acts are enjoined and the unlawful and unauthorized copying, duplication, sale, offer for sale, or importation of unauthorized copies of Plaintiff's Copyrighted Designs are stopped, it is highly probable that Defendant, or others under Defendant's direction, will manufacture, distribute, sell, offer for sale, or import additional home furnishings or other merchandise which bear Plaintiff's Copyrighted Designs causing further irreparable injury to Plaintiff.  Plaintiff is entitled to its costs and reasonable attorneys' fees for the necessity of bringing this claim under 17 U.S.C. § 505.

## SECOND CLAIM FOR RELIEF

**(False Designation of Origin and False Advertising — 15 U.S.C. § 1125(a))**

30. Plaintiff incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

31. Defendant has deliberately advertised, promoted, and sold products bearing Plaintiff's name E & E, Co., Ltd.

32. Defendant's use of Plaintiff's name on its products was without Plaintiff's consent.

33. Defendant's use of Plaintiff's name on its products is likely to cause confusion, or to cause mistake, or to deceive as to the affiliation, connection, or association of Defendant with Plaintiff.

34. Defendant's use of Plaintiff's name on its products is likely to cause confusion, or to cause mistake, or to deceive as to the origin, sponsorship, or approval of its goods.

35. Defendant's acts have damaged and will continue to damage Plaintiff.

36. Plaintiff is entitled to injunctive relief prohibiting Defendant from using Plaintiff's name in the sale of its goods.

37. Plaintiff is entitled to recover all damages, including attorneys' fees and costs, that Plaintiff has sustained or incurred and will sustain or incur, and all gains, profits and advantages obtained by Defendant as a result of its activities alleged above in an amount not yet known.

### THIRD CLAIM FOR RELIEF
### (California Unfair Competition)

38. Plaintiff incorporates herein by reference the averments of the preceding paragraphs as though fully set forth herein.

39. The foregoing acts of Defendant constitute unfair competition under California Business and Professions Code §§ 17200, *et seq.* and the common law of the State of California.

40. Plaintiff is informed and believes, and thereon alleges, that Defendant has derived and received, and will continue to derive and receive, gains, profits, and advantages from Defendant's unfair competition in an amount that is not presently known to Plaintiff. By reason of Defendant's wrongful acts as alleged in this Complaint, Plaintiff has been damaged and is entitled to monetary relief in an amount to be determined at trial.

41. By its actions, Defendant has injured and violated the rights of Plaintiff and has irreparably injured Plaintiff, and such irreparable injury will continue unless Defendant is enjoined by this Court.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for judgment against Defendant as follows:

1. A judgment that the '082 and '384 Copyrights are valid and have been infringed by Defendant;

2. A permanent injunction against Defendant, its officers, agents, servants, employees, attorneys, parent, and subsidiary corporations, assigns, successors-in-interest, and all those persons in active concert or participation with them from:

   a. Further infringing the '082 and '384 Copyrights by manufacturing, producing, distributing, circulating, selling, marketing, offering for sale, advertising, promoting, displaying, or otherwise dispersing any products not authorized by Plaintiff including, but not limited to, home furnishings and related merchandise bearing any simulation, reproduction, counterfeit, or colorable imitation of any of the works that are the subject of the '082 and '384 Copyrights;

   b. Using any simulation, reproduction, counterfeit, or colorable imitation of any of the '082 and '384 Copyrights in the promotion, advertisement, display, sale, offer for sale, manufacture, production, circulation, or distribution of unauthorized products in such fashion as to relate or connect, or tend to relate or connect, such products in any way to Plaintiff or to any goods sold, manufactured, sponsored, or approved by or connected with Plaintiff;

   c. Making any statement or representation whatsoever, using any false designation of origin or false description, or performing any act that can or is likely to lead the trade or public, or individual members thereof, to believe that any product manufactured, distributed, or sold by Defendant is in any manner associated or connected with Plaintiff, or is sold, manufactured, licensed, sponsored, approved,

or authorized by Plaintiff;

      d.      Engaging in any other activity constituting unfair competition with Plaintiff;

      e.      Effecting assignments or transfers, forming new entities or associations or using any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in subparagraphs a. through d. above; and

      f.      Aiding, abetting, contributing to, or otherwise assisting anyone from infringing upon any of the '082 and '384 Copyrights.

3.      Directing that Defendant delivers for destruction all unauthorized products including apparel, labels, signs, prints, packages, dyes, wrappers, receptacles, and advertisements in their possession or under their control bearing any of the works that are the subject of the '082 and '384 Copyrights, any simulation, reproduction, counterfeit, or colorable imitation thereof, and all means of making the same.

4.      Directing that Defendant reports to this Court within thirty (30) days after a Permanent Injunction is entered to show its compliance with paragraphs 1 and 2 above.

5.      Directing such other relief as the Court may deem appropriate.

6.      Entering Judgment that:

      a.      Defendant has engaged in copyright infringement in violation of the Copyright Act of 1976, as amended, 17 U.S.C. §§ 101, *et seq.;*

      b.      Defendant has engaged in false designation of origin and false advertising in violation of 15 U.S.C. § 1125(a);

      c.      Defendant has engaged in unfair competition in violation of California common and statutory law; and

      d.      Defendant's acts were willful.

7.      Awarding to Plaintiff from Defendant, as a result of Defendant's infringement of the '082 and '384 Copyrights, Defendant's profits, or at Plaintiff's election, an award of statutory damages pursuant to 15 U.S.C. § 504.

      8.     Awarding to Plaintiff its reasonable attorneys' fees and investigative fees pursuant to 17 U.S.C. § 505.

      9.     Awarding pre- and post-judgment interest.

      10.    Awarding to Plaintiff its costs in bringing this action.

      11.    Awarding other such relief to Plaintiff as this Court deems just.

Dated:     October 14, 2015         FOX ROTHSCHILD LLP

                                                      By: /s/ John Shaeffer
                                                               John Shaeffer
                                                                Ashe Puri

                                                          Attorneys for Plaintiff E&E Co., Ltd.

**DEMAND FOR JURY TRIAL**

Plaintiff E & E Co., Ltd. hereby demands a trial by jury on all issues so triable.

Dated:       October 14, 2015            FOX ROTHSCHILD LLP

By: /s/ John Shaeffer
John Shaeffer
Ashe Puri

Attorneys for Plaintiff E&E Co., Ltd.

# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-909-082**

**Effective date of registration:**

February 13, 2014

## Title
**Title of Work:** 24ZQ1139P1

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** October 31, 2013     **Nation of 1st Publication:** United States

## Author
■ **Author:** E&E Co., Ltd. dba JLA Home
**Author Created:** 2-D artwork
**Work made for hire:** Yes
**Citizen of:** United States

## Copyright claimant
**Copyright Claimant:** E&E Co., Ltd. dba JLA Home
45875 Northport Loop E, Fremont, CA, 94538

## Rights and Permissions
**Organization Name:** E&E Co., Ltd. dba JLA Home
**Email:** gil.loredo@jlahome.com     **Telephone:** 510-490-9788
**Address:** 45875 Northport Loop E
Fremont, CA 94538

## Certification
**Name:** Gil Loredo
**Date:** February 13, 2014

---

**Correspondence:** Yes

**Registration #:** VA0001909082
**Service Request #:** 1-1217703908



E&E Co., Ltd. dba JLA Home
Gil Loredo
45875 Northport Loop E
Fremont, CA 94538

# EXHIBIT B

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**
**VA 1-877-384**

**Effective date of registration:**
October 16, 2013

## Title
**Title of Work:** 99RY1029P1

## Completion/Publication
**Year of Completion:** 2013
**Date of 1st Publication:** August 30, 2013        **Nation of 1st Publication:** United States

## Author
- **Author:** E&E Co., Ltd. dba JLA Home
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Citizen of:** United States        **Domiciled in:** United States

## Copyright claimant
**Copyright Claimant:** E&E Co., Ltd. dba JLA Home
45875 Northport Loop East, Fremont, CA, 94538, United States

## Rights and Permissions
**Organization Name:** E&E Co., Ltd. dba JLA Home
**Name:** Nancy Hattersley
**Email:** nancy.hattersley@jlahome.com        **Telephone:** 510-490-9788
**Address:** 45875 northport loop east
Fremont, CA 94538 United States

## Certification
**Name:** Nancy Hattersley
**Date:** October 16, 2013

Registration #:  VA0001877384
Service Request #:  1-1007150084



E&E Co., Ltd. dba JLA Home
45875 Northport Loop East
Fremont, CA 94538  United States