John Shaeffer (SBN 138331)
jshaeffer@foxrothschild.com
Ashe Puri (SBN 297814)
apuri@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Telephone: 310-598-4150
Facsimile: 310-556-9828

Attorneys for Plaintiff E & E CO., LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

E & E CO., LTD., a California corporation,

Plaintiff,

v.

LIGHT IN THE BOX LIMITED, a Hong Kong corporation,

Defendant.

Case No.: 3:15-CV-00069-EMC

Hon. Judge Edward M. Chen

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF E & E CO., LTD.**

Complaint filed: 1/7/2015

**TO THE COURT AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Plaintiff E & E CO., LTD. ("Plaintiff") has retained Fox Rothschild LLP to substitute as counsel for Tingley Law Group, PC in the above-caption case. Withdrawing counsel for Plaintiff are:

Curtis R. Tingley
Tingley Law Group, PC
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Phone: (408) 283-7000
Fax: (408) 283-7010
E-mail: ctingley@tingleylawgroup.com

Stephen D. Collins
Tingley Law Group, PC
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Phone: (408) 283-7000
Fax: (408) 283-7010
E-mail: scollins@tingleylawgroup.com

Kevin W. Isaacson
Tingley Law Group, PC
10 Almaden Boulevard, Suite 430
San Jose, California 95113
Phone: (408) 283-7000
Fax: (408) 283-7010
E-mail: kisaacson@tingleylawgroup.com

**PLEASE TAKE FURTHER NOTICE THAT** all pleadings, orders, and notice should herein be served upon the following substituted counsel for Plaintiff:

John Shaeffer
Fox Rothschild LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Phone: (310) 598-4150
Fax: (310) 556-9828
E-mail: jshaeffer@foxrothschild.com

Ashe Puri
Fox Rothschild LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Phone: (310) 598-4150
Fax: (310) 556-9828
E-mail:apuri@foxrothschild.com

This Notice shall also serve as notice of Messrs. Shaeffer and Puri's appearance in this Case. The undersigned parties consent to the above withdrawal and substitution of counsel.

Dated: 10-7-15

E & E CO., LTD. (Plaintiff)

By [signature]
Jude Anthony

Dated: 10/7/15

TINGLEY LAW GROUP, PC

By [signature]
Kevin W. Isaacson

I hereby attest that I obtained concurrence in the filing of this document from each of the other signatories on this e-filed document.

Dated: 10/7, 2015

Respectfully submitted,

FOX ROTHSCHILD LLP

By [signature]
John Shaeffer
Ashe Puri
Attorneys for Plaintiff E & E CO., LTD.

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR PLAINTIFF E & E CO., LTD.

ACTIVE 31808415v1 10/07/2015

3

SO ORDERED:

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

IT IS SO ORDERED

Judge Edward M. Chen

Dated: 10/19, 2015

TRICT COURT