1
2
3
4

Harrison J. Frahn IV (Bar No. 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

5

*Attorney for Defendant Light In The Box Limited*

6
7

8

## UNITED STATES DISTRICT COURT

9

## NORTHERN DISTRICT OF CALIFORNIA

10

## SAN FRANCISCO DIVISION

11

| | |
|---|---|
| E & E CO., LTD., a California corporation,<br><br>                                   Plaintiff,<br><br>vs.<br><br>LIGHT IN THE BOX LIMITED, a Hong Kong corporation,<br><br>                                   Defendant. | Case No.  3:15-CV-00069-EMC<br><br>**Judge Edward M. Chen**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Second Amended Complaint Filed: October 14, 2015<br><br>Current CMC Date:   December 10, 2015 |

20

        Plaintiff E & E Co., Ltd. ("Plaintiff" or "E & E") and Defendant Light In The Box

21

Limited ("Defendant" or "LITB Limited") (collectively, the "Parties") hereby stipulate to (1) a one

22

month continuance of the Case Management Conference ("CMC") (and all dates associated

23

therewith), currently set for December 10, 2015, to a date available with the Court after January 4,

24

2016, and (2) an eighteen (18) day extension of Defendant LITB Limited's time to answer, move

25

against, or otherwise respond to the Second Amended Complaint from November 13, 2015, to and

26

including December 1, 2015.  The Parties' stipulation is based on the following facts:

27

        1.        Plaintiff E & E filed a Second Amended Complaint ("SAC") in the above

28

captioned case against Defendant LITB Limited on October 14, 2015 (Dkt. No. 60);

2. The Parties conferred and jointly stipulated to enlarge the time for LITB Limited to respond to the SAC to thirty (30) days, to and including November 13, 2015 (Dkt. No. 59);

3. The Parties have since been in settlement discussions and would like time to continue their settlement talks before taking the time and expense of responding to the SAC, filing a Joint CMC statement, and preparing for and attending the CMC;

4. The Parties submit that this agreement was made in the spirit of conserving judicial resources and is in the best interests of the Parties;

5. The Parties, therefore, respectfully request that: (1) the CMC scheduled for December 10, 2015 be continued to a date convenient for the Court after January 4, 2016, (along with all dates associated therewith); (2) the date for filing the Joint CMC Statement be continued until one week before the new CMC date (along with all dates associated therewith); and (3) Defendant LITB Limited's time to answer, move against, or otherwise respond to the SAC be extended from November 13, 2015, to and including December 1, 2015.

Dated:  November 10, 2015

SIMPSON THACHER & BARTLETT LLP

By:  /s/ Harrison J. Frahn IV
Harrison J. Frahn IV
hfrahn@stblaw.com

*Attorney for Defendant, Light In The Box Limited*

FOX ROTHSCHILD LLP

By:  /s/ John Shaeffer
John Shaeffer
jshaeffer@foxrothschild.com
Ashe Puri
apuri@foxrothschild.com

*Attorneys for Plaintiff, E & E CO., LTD.*

**Attestation**:  Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

1

### [PROPOSED] ORDER

2          Pursuant to the Parties' stipulation and for good cause shown, IT IS HEREBY

3    ORDERED that:

4          1.     The Case Management Conference shall be continued from December 10, 2015,

5    until ___January 21___, 2016;  at 9:30 a.m.

6          2.     All other deadlines associated with the Case Management Conference shall be

7    continued, accordingly, including the filing of a Joint Case Management Conference statement,

8    which shall be continued until one week before the new CMC date. The Parties shall comply with

9    this Court's Standing Order re: Initial Case Management and the Standing Order for All Judges of

10   the Northern District of California re: Contents of Case Management Statements.

11         3.     Defendant LITB Limited's time to answer, move against, or otherwise respond to

12   the Second Amended Complaint is extended by 18 days, from November 13, 2015, to and

13   including December 1, 2015.

14

15

16   Dated:  November ___16___, 2015



17                                                    _____

18                                                    Honorable ... District Judge

19

20

21

22

23

24

25

26

27

28