Harrison J. Frahn IV (Bar No. 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Attorney for Defendant Light In The Box Limited*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| E & E CO., LTD., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LIGHT IN THE BOX LIMITED, a Hong Kong corporation,<br><br>Defendant. | Case No.  3:15-CV-00069-EMC<br><br>**Judge Edward M. Chen**<br><br>**STIPULATION AND [PR~~OPO~~SED] ORDER EXTENDING TIME TO RESPOND TO SECOND AMENDED COMPLAINT**<br><br>Second Amended Complaint Filed: October 14, 2015<br><br>Current CMC Date:   January 21, 2015 |

Plaintiff E & E Co., Ltd., ("Plaintiff" or "E & E") and Defendant Light In The Box Limited ("Defendant" or "LITB Limited") (collectively, the "Parties"), hereby stipulate to a two week extension of Defendant LITB Limited's time to answer, move against, or otherwise respond to the Second Amended Complaint from December 1, 2015, to and including December 15, 2015. The Parties' stipulation is based on the following facts:

1. Plaintiff E & E filed a Second Amended Complaint ("SAC") in the above captioned case against Defendant LITB Limited on October 14, 2015 (Dkt. No. 60);

2. The Parties conferred and jointly stipulated to enlarge the time for LITB Limited to respond to the SAC to thirty (30) days, to and including November 13, 2015 (Dkt. No. 59);

3. After ongoing settlement discussions, the Parties entered into a joint stipulation and proposed order continuing the Case Management Conference scheduled for December 10, 2015, and extending Defendant LITB Limited's time to respond to the SAC from November 13, 2015 to December 1, 2015, (Dkt. No. 66), which order was entered by the Court on November 16, 2015 (Dkt. No. 67);

4. The Parties continue to engage in settlement discussions and would like time to continue their settlement talks before taking the time and expense of responding to the SAC;

5. The Parties submit that this agreement was made in the spirit of conserving judicial resources and is in the best interests of the Parties;

6. The agreed upon extension will have no impact on the timing for the Case Management Conference currently scheduled for January 21, 2016, or any related events;

7. The Parties, therefore, respectfully request that Defendant LITB Limited's time to answer, move against, or otherwise respond to the SAC be extended from December 1, 2015, to and including December 15, 2015.

Dated:  November 30, 2015         SIMPSON THACHER & BARTLETT LLP

By: */s/ Harrison J. Frahn IV*
    Harrison J. Frahn IV
    hfrahn@stblaw.com

*Attorney for Defendant, Light In The Box Limited*

FOX ROTHSCHILD LLP

By: */s/ John Shaeffer*
    John Shaeffer
    jshaeffer@foxrothschild.com
    Ashe Puri
    apuri@foxrothschild.com

*Attorneys for Plaintiff, E & E CO., LTD.*

**Attestation**: Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

# [~~PROPOSED~~] <u>ORDER</u>

Pursuant to the Parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that:

1. Defendant LITB Limited's time to answer, move against, or otherwise respond to the Second Amended Complaint is extended by two weeks, from December 1, 2015, to and including December 15, 2015.

Dated: <u>December 2</u>, 2015    _____



IT IS SO ORDERED
Judge Edward M. Chen