1  Harrison J. Frahn IV (Bar No. 206822)
   hfrahn@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
   2475 Hanover Street
3  Palo Alto, California  94304
   Telephone: (650) 251-5000
4  Facsimile: (650) 251-5002

5  *Attorney for Defendant Light In The Box Limited*

6

7

8                 **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10                **SAN FRANCISCO DIVISION**

11

12  E & E CO., LTD., a California corporation,  | Case No.  3:15-CV-00069-EMC

13                              Plaintiff,       | **Judge Edward M. Chen**

14              vs.                              | **STIPULATION AND [PROPOSED]**
                                                 | **ORDER EXTENDING TIME TO**
15  LIGHT IN THE BOX LIMITED, a Hong            | **RESPOND TO SECOND AMENDED**
    Kong corporation,                            | **COMPLAINT**
16                              Defendant.       | Second Amended Complaint Filed:
17                                               | October 14, 2015
18                                               | Current CMC Date:   January 21, 2015

19

20          Plaintiff E & E Co., Ltd., ("Plaintiff" or "E & E") and Defendant Light In The Box

21  Limited ("Defendant" or "LITB Limited") (collectively, the "Parties"), hereby stipulate to a

22  thirteen day extension of Defendant LITB Limited's time to answer, move against, or otherwise

23  respond to the Second Amended Complaint from December 15, 2015, to and including December

24  28, 2015.  The Parties' stipulation is based on the following facts:

25          1.      Plaintiff E & E filed a Second Amended Complaint ("SAC") in the above

26  captioned case against Defendant LITB Limited on October 14, 2015 (Dkt. No. 60);

27          2.      The Parties conferred and jointly stipulated to enlarge the time for LITB Limited to

28  respond to the SAC to thirty (30) days, to and including November 13, 2015 (Dkt. No. 59);

3.      After ongoing settlement discussions, the Parties entered into a joint stipulation and proposed order continuing the Case Management Conference scheduled for December 10, 2015, and extending Defendant LITB Limited's time to respond to the SAC from November 13, 2015 to December 1, 2015 (Dkt. No. 66), which order was entered by the Court on November 16, 2015 (Dkt. No. 67);

4.      On November 30, 2015, the Parties again entered a joint stipulation to extend the time for LITB to respond to the SAC from December 1, 2015 to and including December 15, 2015 (Dkt. No. 68), which order was entered by the Court on December 2, 2015 (Dkt. No. 69);

5.      The Parties continue to engage in settlement discussions and would like time to continue their settlement talks before taking the time and expense of responding to the SAC;

6.      The Parties submit that this agreement was made in the spirit of conserving judicial resources and is in the best interests of the Parties;

7.      The agreed upon extension will have no impact on the timing for the Case Management Conference currently scheduled for January 21, 2016, or any related events;

8.      The Parties, therefore, respectfully request that Defendant LITB Limited's time to answer, move against, or otherwise respond to the SAC be extended from December 15, 2015, to and including December 28, 2015.

Dated:  December 15, 2015                  SIMPSON THACHER & BARTLETT LLP

                                           By:  /s/ *Harrison J. Frahn IV*
                                                Harrison J. Frahn IV
                                                hfrahn@stblaw.com

                                                *Attorney for Defendant, Light In The Box Limited*

                                           FOX ROTHSCHILD LLP

                                           By:  /s/ *John Shaeffer*
                                                John Shaeffer
                                                jshaeffer@foxrothschild.com
                                                Ashe Puri
                                                apuri@foxrothschild.com

                                                *Attorneys for Plaintiff, E & E CO., LTD.*

**Attestation**:  Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that:

1.    Defendant LITB Limited's time to answer, move against, or otherwise respond to the Second Amended Complaint is extended by thirteen days, from December 15, 2015, to and including December 28, 2015.

Dated:  December ___, 2015



IT IS SO ORDERED

Judge Edward M. Chen