Harrison J. Frahn IV (Bar No. 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, California  94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Attorney for Defendant Light In The Box Limited*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| E & E CO., LTD., a California corporation,<br><br>                          Plaintiff,<br><br>        vs.<br><br>LIGHT IN THE BOX LIMITED, a Hong Kong corporation,<br><br>                          Defendant. | Case No.  3:15-CV-00069-EMC<br><br>**Judge Edward M. Chen**<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE, ASSOCIATED DATES, AND ADR PHONE CONFERENCE**<br><br>Third Amended Complaint Filed: February 4, 2016<br><br>Current CMC Date:   March 17, 2016 |

Plaintiff E & E Co., Ltd., ("Plaintiff" or "E & E") and Defendant Light In The Box Limited ("Defendant" or "LITB") (collectively, the "Parties"), hereby stipulate to a fourteen (14) day continuance of the initial Case Management Conference ("CMC"), currently set for March 17, 2016, and all dates associated therewith, including the time to file the Case Management Statement and for the exchange of Initial Disclosures.  The Parties further stipulate to a fourteen (14) day continuance of the ADR Phone Conference currently set for March 14, 2016.  The Parties' stipulation is based on the following facts:

    1.    Following the filing of LITB's Motion to Dismiss the First Amended Complaint on September 14, 2015 (Dkt. No. 44), the Court reset the CMC from November 9, 2015, to December 10, 2015 (Dkt. No. 46);

2. Plaintiff E & E filed a Second Amended Complaint ("SAC") in the above captioned case against Defendant LITB on October 14, 2015 (Dkt. No. 60);

3. After ongoing settlement discussions, the Parties entered into a joint stipulation and proposed order to continue the CMC (Dkt. No. 66), which order was entered by the Court on November 16, 2015, resetting the CMC for January 21, 2016 (Dkt. No. 67);

4. Following the filing of LITB's Motion to Dismiss the Second Amended Complaint on December 28, 2015 (Dkt. No. 72), the Court reset the CMC from January 21, 2016, to March 3, 2016, and set the date for the submission of the Case Management Statement to February 25, 2016 (Dkt. No. 73).

5. Plaintiff E & E filed a Third Amended Complaint ("TAC") in the above captioned case against Defendant LITB on February 4, 2016 (Dkt. No. 79), and Defendant LITB filed an Answer to the TAC on February 11, 2016 (Dkt. No. 80).

6. At the request of the Parties, an ADR Phone Conference was scheduled for February 22, 2016 (Dkt. No. 83).

7. The Parties reengaged in settlement discussions and made significant strides towards resolution of this matter, resulting in a request to continue the CMC, its associated dates, and the ADR Phone Conference on February 18, 2016 (Dkt. No. 84). Such request was granted on February 19, 2016 (Dkt. No. 85) causing the CMC to be rescheduled for March 17, 2016, along with its associated dates, and the ADR Phone Conference to be rescheduled for March 14, 2016, by the ADR Unit.

8. The Parties remain in close and diligent settlement negotiations and would like time to continue their settlement talks before taking the time and expense of filing a Joint CMC statement, preparing and exchanging Initial Disclosures, preparing for and participating in the ADR Phone Conference, and preparing for and attending the CMC.

9. The Parties submit that this agreement was made in the spirit of conserving judicial resources and is in the best interests of the Parties.

10. The Parties, therefore, respectfully request that the CMC scheduled for March 17, 2016, be continued for fourteen (14) days until March 31, 2016, or a date convenient to the Court,

along with all dates associated therewith, including continuing the date for filing the Joint CMC Statement and exchanging Initial Disclosure to one week before the new CMC date. The Parties further request that the ADR Phone Conference currently set for March 14, 2016, be continued for fourteen (14) days until March 28, 2016, or a date convenient to the Court and ADR Unit.

Dated: March 3, 2016         SIMPSON THACHER & BARTLETT LLP

By:  /s/ Harrison J. Frahn IV
     Harrison J. Frahn IV
     hfrahn@stblaw.com

*Attorney for Defendant, Light In The Box Limited*

FOX ROTHSCHILD LLP

By:  /s/ John Shaeffer
     John Shaeffer
     jshaeffer@foxrothschild.com
     Ashe Puri
     apuri@foxrothschild.com

*Attorneys for Plaintiff, E & E CO., LTD.*

**Attestation**: Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

**[PROPOSED] ORDER**

Pursuant to the Parties' stipulation and for good cause shown, IT IS HEREBY ORDERED that:

1. The Case Management Conference shall be continued from March 17, 2016, until  <u>April 7</u>, 2016;

2. All other deadlines associated with the Case Management Conference shall be continued, accordingly, including the filing of a Joint Case Management Conference statement and exchange of Initial Disclosures, which shall be continued until one week before the new CMC date. The Parties shall comply with this Court's Standing Order re: Initial Case Management and the Standing Order for All Judges of the Northern District of California re: Contents of Case Management Statements.

3. The ADR Phone Conference shall be continued from March 14, 2016, until <u>March 28</u>, 2016; (or to another date to be set by ADR Unit)

Dated: <u>   March 7   </u>, 2016

_____
Hon. Edward M. Chen
United States...



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen