John J. Shaeffer (SBN 138331)
   jshaeffer@foxrothschild.com
Ashe P. Puri (SBN 297814)
   apuri@foxrothschild.com
FOX ROTHSCHILD LLP
1800 Century Park East, Suite 300
Los Angeles, CA 90067-1506
Tel: 310.598.4166 / Fax: 310.556.9828

Attorneys for Plaintiff E & E Co., Ltd.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| E & E CO., LTD. a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>LIGHT IN THE BOX LIMITED, a Hong Kong corporation; and DOES 1-50 inclusive,<br><br>Defendants. | Case No.  3:15-CV-00069 EMC<br><br>Hon. Judge Edward M. Chen<br><br>**JOINT STIPULATION TO DISMISS WITH PREJUDICE** |

WHEREAS, Plaintiff E & E Co., Ltd. ("E&E") and Defendant Light In The Box Limited ("LITB") have resolved the dispute between them.

THEREFORE, E&E AND LITB HEREBY STIPULATE, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), to dismiss the above-captioned matter, against all named defendants, with prejudice.

**SO STIPULATED BY:**

Dated:  April 19, 2016                FOX ROTHSCHILD LLP

By   /s/ Ashe Puri
John Shaeffer
Ashe Puri
Attorneys for Plaintiff,
E & E CO., LTD.

Dated:  April 19, 2016                SIMPSON THACHER & BARTLETT LLP

By   /s/ Harrison Frahn
Harrison Frahn
Attorney for Defendant,
LIGHT IN THE BOX LIMITED

**Attestation**: Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from the signatories to this document.

**IT IS SO ORDERED.** The April 21, 2016 Further CMC is vacated.

Dated: April __20__, 2016

Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen